IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1:09-cr-188-MEF |
| | ) | |
| STEVEN MICHAEL CAPSHAW | ) | |

# **O R D E R**

It is hereby ORDERED that this Court's order (Doc. #159) dated October 5, 2012 is VACATED.

DONE this the 9th day of October, 2012.

                                                /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE